

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00323-CR

| | | |
|---|---|---|
| NOEL RAMIREZ MARTIN, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CR2022-0752-1) |
| V. | § | March 9, 2023 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
   Chief Justice Bonnie Sudderth